## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**REGINA REID,**

                                        Plaintiff,

v.

**SAFEWAY, INC.,**

                                        Defendant.

**Civil No.**_____
**Formerly Case No. 2015-CA-000914 B**
**Superior Court of the District of Columbia**

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, Defendant Safeway, Inc. (hereinafter "Defendant" or "Safeway"), by its undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Columbia.  As grounds for removal, Defendant states:

1.      On February 9, 2015, Plaintiff, Regina Reid ("Plaintiff") commenced this action against Safeway, by filing a Complaint in the Superior Court of the District of Columbia, Civil Division. Defendant Safeway Inc.'s resident agent was served a copy of the Summons and Complaint on or about February 26, 2015.  Plaintiff's Complaint was assigned Case No. 2015-CA-000914 B (hereinafter, the "Superior Court Action").  The Complaint seeks One Hundred Fifty Thousand Dollars ($150,000) in damages from Defendant.

2.      Plaintiff is a resident of the District of Columbia.

3.      Defendant, Safeway, Inc. is a Delaware corporation with its principal place of business in California.

4.      Pursuant to 28 U.S.C. § 1332(a), a case may be removed from state court to federal court if the diversity of citizenship and amount in controversy requirements are met.  In the case at bar, both requirements are met, as the amount in controversy exceeds the sum value of Seventy-

Five Thousand Dollars ($75,000) and there is complete diversity of citizenship of the parties in the action.

      5.      Pursuant to 28 U.S.C. § 1441(a), any civil action over which the federal courts have original jurisdiction, but which is brought in state court, may be removed to the district court of the United States that embraces the place where such action is pending. This removal is to the United States District Court for the District of Columbia from the Superior Court of the District of Columbia.

      6.      This Notice of Removal is being filed within 30 days after Defendant received a copy of Plaintiff's Complaint. Accordingly, the Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b).

      7.      Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, and orders served in the Superior Court Action as of this date are attached hereto as **Exhibit A**.

      8.      A Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, will be filed on this date with the Clerk of the Court for the Superior Court of the District of Columbia, and will be served on Plaintiff's Counsel as required by 28 U.S.C. § 1446(d). A copy (without attachments) of the Notice of Filing of Notice of Removal filed in the Superior Court Action is attached hereto as **Exhibit B**.

      WHEREFORE, Defendant Safeway, Inc. respectfully requests that this Notice of Removal be accepted and that the Superior Court Action be removed to the United States District Court for the District of Columbia.

Respectfully submitted,

SETLIFF & HOLLAND, P.C.


_____/s/_ _Justin M. Cuniff, Esq._____
Justin M. Cuniff (Bar No. 499196)
SETLIFF & HOLLAND, P.C.
One Park Place
Suite 265
Annapolis, Maryland 21401
Tel: (443) 837-6805
Fax: (443) 837-6806
jcuniff@setliffholland.com

_Counsel for Defendant Safeway, Inc._

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINA REID,** | |
| Plaintiff, | |
| v. | **Civil No.**_____ |
| | **Formerly Case No. 2015-CA-000914 B** |
| **SAFEWAY, INC.,** | **Superior Court of the District of Columbia** |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2015, a copy of the foregoing Notice of

Removal, which was electronically filed in this case on March 25, 2015, was mailed via first-class

mail, postage prepaid, to:

> Michael B. De Troia, Esquire
> McCarthy Wilson LLP
> 2200 Research Boulevard, Suite 500
> Rockville, Maryland 20850
>
> *Counsel for Plaintiff*

> ___/s/  Justin M. Cuniff, Esq.___
> Justin M. Cuniff (Bar No. 499196)
> SETLIFF & HOLLAND, P.C.
> One Park Place
> Suite 265
> Annapolis, Maryland 21401
> Tel: (443) 837-6805
> Fax: (443) 837-6806
> jcuniff@setliffholland.com
>
> *Counsel for Defendant Safeway, Inc.*